

**Service of Process Transmittal**
02/25/2022
CT Log Number 541121888

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** Process Served in Illinois

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: WHITE CRASTINE // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint, Affidavit(s), Attachment(s) |
| **COURT/AGENCY:** | Madison County Circuit Court, IL<br>Case # 2022LA000173 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 07/31/2021 - 379 W Pontoon Road, Granite City, IL, 62040 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/25/2022 at 03:49 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | John L. Wilbers<br>The Wilbers Law Firm, LLC<br>130 S. Bemiston, Suite 406<br>St. Louis, MO 63105<br>314-721-3040 |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Feb 25, 2022

**Server Name:** Sheriff Drop

| Entity Served | Walmart Inc |
|---|---|
| Case Number | 2022LA000173 |
| Jurisdiction | IL |





# IN THE CIRCUIT COURT OF MADISON COUNTY
## STATE OF ILLINOIS

| | |
|---|---|
| **CRASTINE WHITE,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No: **2022LA000173** ) |
| **WALMART, INC.,** | ) PLAINTIFF REQUESTS |
| <u>Serve at:</u> | ) TRIAL BY JURY |
| CT Corporation System | ) |
| 208 SO Lasalle Street | ) |
| Suite 814 | ) |
| Chicago, IL 60604 | ) ) |
| Defendant. | ) |

## SUMMONS

☐ **A.**     You are hereby summoned and required to appear before this court at 155 North Main Street, Edwardsville, IL 62025 at _____ a.m./p.m. 20 _____ to answer the complaint in this case, a copy of which is hereby attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ **B.**     You are summoned and required to file an answer to the complaint in this case, a copy is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http:www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER
    This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If the service cannot be made, this summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.



WITNESS, _____2/10/2022_____ 20_____
          /s/ Thomas McRae

          _____
                    Clerk of Court
          /s/ Stacey Turner

BY DEPUTY:_____

DATE OF SERVICE: _____ 20_____
(To be inserted by officer on copy copy left with defendant or other person)

---

Sheriff's Fees

Service and Return . . . . . . . . $ _____

_____ miles traveled . . . . . . $ _____

Total . . . . . . . . . . . . . . . . . . . $ _____

I certify that I served this summons on defendant as follows:

**(a) (Individual defendants – personal):**
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:
          Name of Defendant            Date of Service

**(b) (Individual defendants – abode):** By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upward, informing that person of the contents of the summons, and also by sending a copy of the summons and a copy of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

          Name of Defendant      Person with whom left      Date of Service/Mailing

**(c) (Corporation defendants):**
By leaving a copy and a copy of the complaint with registered agent, officer of agent, corporation, as follows:
          Defendant Corporation    Registered Agent, Office of Agent    Date of Service

**(d) Other Service:**

_____
_____

Sheriff of _____ County

By: _____ Deputy



# IN THE CIRCUIT COURT OF MADISON COUNTY
## STATE OF ILLINOIS

| | |
|---|---|
| **CRASTINE WHITE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: **2022LA000173** |
| vs. ) | |
| ) | |
| **WALMART, INC.,** ) | PLAINTIFF REQUESTS |
| Serve at: ) | TRIAL BY JURY |
| CT Corporation System ) | |
| 208 SO Lasalle Street ) | |
| Suite 814 ) | |
| Chicago, IL 60604 ) | |
| ) | |
| Defendant. ) | |

## SUMMONS

☐ **A.** You are hereby summoned and required to appear before this court at 155 North Main Street, Edwardsville, IL 62025 at _____ a.m./p.m. 20 _____ to answer the complaint in this case, a copy of which is hereby attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ **B** You are summoned and required to file an answer to the complaint in this case, a copy is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http:www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER
   This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If the service cannot be made, this summons shall be returned so indorsed.

   This summons may not be served later than 30 days after its date.



* 5 0 1 4 3 3 5 6 *

WITNESS, 2/10/2022 _____ 20_____
/s/ Thomas McRae

Clerk of Court
/s/ Stacey Turner

BY DEPUTY: _____

DATE OF SERVICE: _____ 20_____
(To be inserted by officer on copy copy left with defendant or other person)

Sheriff's Fees

Service and Return . . . . . . . . $ _____

_____ miles traveled . . . . . . . $ _____

Total . . . . . . . . . . . . . . . . . . . $ _____

I certify that I served this summons on defendant as follows:

**(a) (Individual defendants – personal):**
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:
    Name of Defendant          Date of Service

**(b) (Individual defendants – abode):** By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upward, informing that person of the contents of the summons, and also by sending a copy of the summons and a copy of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

    Name of Defendant     Person with whom left     Date of Service/Mailing

**(c) (Corporation defendants):**
By leaving a copy and a copy of the complaint with registered agent, officer of agent, corporation, as follows:
    Defendant Corporation     Registered Agent, Office of Agent     Date of Service

**(d) Other Service:**

_____

_____

Sheriff of _____ County

By: _____ Deputy

Case Number 2022LA000173
Date: 2/8/2022 12:48 PM
\* 5 0 1 4 3 3   Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT OF MADISON COUNTY
STATE OF ILLINOIS

| | |
|---|---|
| **CRASTINE WHITE,** | ) |
| Plaintiff, | ) |
| | ) Case No. 2022LA000173 |
| vs. | ) |
| | ) PLAINTIFF REQUESTS |
| **WALMART, INC.,** | ) TRIAL BY JURY |
| Serve at: | ) |
| C T Corporation System | ) |
| 208 SO Lasalle St. | ) |
| Suite 814 | ) |
| Chicago, IL 60604 | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

**COMES NOW** Plaintiff, Crastine White, by and through counsel, and for her cause of action against Defendant, alleges and states as follows:

### STATEMENT OF JURISDICTION

1. This claim is brought pursuant to this Court's original jurisdiction over all cases and matters, such jurisdiction granted by 735 ILCS 5/2-101.

2. The amount of controversy exceeds the jurisdictional minimum of this court.

3. Venue is proper in that Plaintiff's cause of action accrued in Madison County, State of Illinois.

### PARTIES TO THE CLAIM

4. Plaintiff, at all times material hereto, is and has been a resident of Madison County, Illinois.

5. Upon information and belief, at all the times material hereto, Defendant owned and operated and/or was in possession, custody, and/or control of real property located at 379 W



Pontoon Road, Granite City, in Madison County, Illinois; is a Delaware corporation in good standing; is authorized to do business in the State of Illinois; and the name and address of its registered agent in the state of Illinois is C T Corporation System, 208 SO Lasalle Street, Suite 814, Chicago, Illinois 60604.

## ALLEGATIONS COMMON TO ALL COUNTS

6. On or about July 31, 2021, Plaintiff was an invitee on the property and store known as Walmart, owned and operated by Defendant at 379 W Pontoon Road, Granite City, Illinois, 62040.

7. At said time and place, Plaintiff was walking through one of Defendant's aisles inside of the store, when she slipped and fell on a liquid substance on Defendant's floor.

8. At the time when Plaintiff stepped and slipped on the liquid substance, Plaintiff was unable to see the substance, as said substance was not plainly visible to Plaintiff, was not easily discoverable by Plaintiff, and its existence on Defendant's floor was unknown to Plaintiff.

9. Upon information and belief, Defendant created the dangerous condition, or otherwise knew and negligently attempted to remove the dangerous condition, as the floor appeared to have been wiped or mopped upon closer inspection.

10. Upon information and belief, said liquid substance was allowed to remain on Defendant's floor for an unreasonable period of time.

11. No barricades, signs, or other warnings were present within the immediate vicinity of the liquid substance at the time of Plaintiff's slip and fall.

## COUNT I

**COMES NOW** Plaintiff and, for Count I of her cause of action against Defendant, alleges and states as follows:

12. Plaintiff adopts and incorporates paragraphs 1-11 of Plaintiff's Complaint as if fully set forth herein by this reference.

13. As demonstrated by the conditions above, Defendant was negligent in one or more of the following particulars:

    a. In creating the dangerous condition;

    b. In failing to use ordinary care to remove the liquid substance from the floor of its premises;

    c. In failing to discover the dangerous condition after it remained on Defendant's floor for an unreasonable period of time;

    d. In failing to reasonably inspect the premises such that it was safe for invitees;

    e. In failing to use ordinary care to barricade the pathway until such time as the liquid substance no longer remained on Defendant's floor;

    f. In failing to use ordinary care to warn of the presence and danger of the liquid substance which remained on Defendant's floor; and/or

    g. In failing to provide a reasonably safe means to ambulate the premises.

14. Defendant's negligence directly caused or contributed to cause Plaintiff to sustain injuries to her left knee. She suffered pain and anxiety of body and mind, and experienced emotional upset as an incident of her physical injuries. She has suffered all of the above injuries, pain and damages since the date of the accident, suffers them at the present time, and will suffer them in the future, said injuries, pain, and damages being permanent, disabling, and progressive.

15. By reason of Plaintiff's injuries, she paid or became obligated for, and in the future will pay or become obligated for, items of expense in obtaining and receiving medical care

* 5 0 1 4 3 3 5 6 *

and treatment.

16. Plaintiff is entitled to fair and reasonable damages in excess of fifty thousand dollars ($50,000.00) from Defendant for the injuries sustained by Plaintiff as a direct and/or contributory result of Defendant's negligence.

17. Plaintiff should be awarded her court and litigation costs incurred herein and, therefore, requests an award of said costs to be paid by Defendant.

**WHEREFORE**, Plaintiff prays that she be awarded fair and reasonable damages in excess of $50,000.00 against Defendant, together with her costs herein incurred and expended, and for such further and additional relief as this Court may deem just and proper under the circumstances.

Respectfully submitted,

*/s/ John L. Wilbers*
John L. Wilbers, #6314598 IL
**The Wilbers Law Firm, LLC**
130 S. Bemiston, Suite 406
St. Louis, MO 63105
Ph. (314) 721-3040
Fx. (314) 721-3052
jwilbers@thewilberslawfirm.com
*Attorney for Plaintiff*



\* 5 0 1 4 3 3 5 6 \*

## IN THE CIRCUIT COURT OF MADISON COUNTY
## STATE OF ILLINOIS

| | | |
|---|---|---|
| **CRASTINE WHITE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No._____ |
| | ) | |
| **WALMART, INC.,** | ) | PLAINTIFF REQUESTS |
| <u>Serve at:</u> | ) | TRIAL BY JURY |
| C T Corporation System | ) | |
| 208 SO Lasalle St. | ) | |
| Suite 814 | ) | |
| Chicago, IL 60604 | ) | |
| | ) | |
| Defendant. | ) | |

## <u>AFFIDAVIT</u>

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by §1-109 of the Codes of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein does exceed $50,000.00.

Respectfully submitted,

_/s/ John L. Wilbers_
John L. Wilbers, #6314598 IL
**The Wilbers Law Firm, LLC**
130 S. Bemiston, Suite 406
St. Louis, MO 63105
Ph. (314) 721-3040
Fx. (314) 721-3052
jwilbers@thewilberslawfirm.com
*Attorney for Plaintiff*

Date: 2/8/2022 12:48 PM
* 5 0 1 4 3 3   Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

### IN THE CIRCUIT COURT OF MADISON COUNTY
### STATE OF ILLINOIS

| | | |
|---|---|---|
| CRASTINE WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2022LA000173 |
| vs. | ) | Case No._____ |
| | ) | |
| WALMART, INC., | ) | PLAINTIFF REQUESTS |
| Serve at: | ) | TRIAL BY JURY |
| C T Corporation System | ) | |
| 208 SO Lasalle St. | ) | |
| Suite 814 | ) | |
| Chicago, IL 60604 | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by §1-109 of the Codes of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein does exceed $50,000.00.

Respectfully submitted,

*/s/ John L. Wilbers*
John L. Wilbers, #6314598 IL
**The Wilbers Law Firm, LLC**
130 S. Bemiston, Suite 406
St. Louis, MO 63105
Ph. (314) 721-3040
Fx. (314) 721-3052
jwilbers@thewilberslawfirm.com
*Attorney for Plaintiff*